## IN THE SUPREME COURT OF THE STATE OF NEVADA

TAWNEY LYNN SHOEMAKER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARY KAY HOLTHUS, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82919

**FILED**

JUL 3 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

### *ORDER DENYING PETITION*

On June 23, 2021, this court directed petitioner to obtain from the district court its written order with findings of fact and conclusions of law and supplement the appendix with such order. Petitioner has filed a response in which she argues that the district court previously assigned real party in interest the responsibility of preparing the order, and that real party in interest failed to do so.

It is the petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004). As part of petitioner's burden to show that such relief is warranted, it was her obligation to provide an appendix that includes all records that may be essential to understand the petition, as this court specifically noted in our order directing petitioner to supplement the appendix. *See* NRAP 21(a)(4); *see also Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a written order is essential to this court's review). This obligation included, at a minimum,

contacting real party in interest and the district court to facilitate preparation of the court's order and, if such an order was not promptly forthcoming, proposing her own order for the district court's review. Petitioner does not, however, argue or demonstrate that she made any such attempt to do so following this court's order directing her to obtain the district court's order. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:     Hon. Mary Kay Holthus, District Judge
        Gibbs Giden Locher Turner Senet & Wittbrodt LLP/Las Vegas
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk